**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| GAUGAMELA HOLDINGS, LLC, | : No. 393 WAL 2018 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| THE SCHOOL DISTRICT OF | : |
| PITTSBURGH AND GLADSTONE | : |
| COMMUNITY PARTNERSHIP, LLC, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.